**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Suzanne Yu, | No. CV-22-02182-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Steven Fydeski, Desert Creek Film Fund I LLC, Desert Creek Film Fund Management LLC, Cloudburst Entertainment LLC, Cloudburst Distribution LLC, Storyboard Media LLC, and The Comeback Trail LLC, | |
| Defendants. | |

On January 10, 2023, the Court issued the following order:

> "Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, Plaintiff has alleged jurisdiction based on diversity of citizenship. *See* (Doc. 1 (citing 28 U.S.C. § 1332)). However, the complaint fails to sufficiently plead the citizenship of the parties. *See Johnson v. Columbia Properties Anchorage, L.P.*, 437 F.3d 894, 899 (9th Cir. 2006). Specifically, a complaint must list the citizenship of every member of any party that is a limited partnership or limited liability company. *NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 611 (9th Cir. 2016).
> Accordingly,
> **IT IS ORDERED** that by January 23, 2023, Plaintiff must file a supplement to the complaint properly pleading the citizenship of every party or this case will be dismissed, without prejudice, for lack of federal subject matter jurisdiction.

(Doc. 6).

On January 11, 2023, Plaintiff filed a supplement which alleged the citizenship of some, but not all, relevant limited liability companies. The Court will give Plaintiff <u>one</u> last opportunity to plead jurisdiction before the Court dismisses this case without prejudice

for lack of federal subject matter jurisdiction.  Therefore,

**IT IS ORDERED** that Plaintiff has until January 27, 2023, to file a second supplement to the complaint fully alleging the citizenship of all parties.

Dated this 20th day of January, 2023.

James A. Teilborg
Senior United States District Judge